OFFICE OF THE ATTORNEY GENERAL OF TEXAS

AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

April 13, 1939

Mr. Fred Norris
County Auditor
Livingston, Texas

Dear Sir:

Opinion No. O-616
Re: Fees of Justice of the Peace
in misdemeanor cases.

Your request for an opinion on the following
questions has been received by this office:

"1. Does the Justice of the Peace
receive $3.00 for each criminal case tried
and finally disposed of before him. Is the
fee paid by the defendant?

"2. Does the Justice of the Peace
receive $1.50 for each criminal case tried
and finally disposed of before him when the
convict works his fine out on the public
roads, etc.?

"3. Does the Justice of the Peace re-
ceive any fee when the convict lays his fine
out in jail?

"4. Does the County Judge receive the
same fee as the Justice of the Peace in simi-
lar cases?

"5. What commission should be collected
by the county attorney, district attorney,
justice of the peace, sheriff and county clerk
on each fine collected?"

Article 1052, C. C. P. reads as follows:

"Three Dollars shall be paid by the county to
the County Judge, or Judge of the Court at Law,

and Two Dollars and fifty cents shall be paid
by the county to the Justice of the Peace,
for each criminal action tried and finally
disposed of before him. Provided, however,
that in all counties having a population of
20,000 or less, the Justice of the Peace shall
receive a trial fee of Three Dollars. Such
Judge or Justice shall present to the Com-
missioners' Court of his county at a regular
term thereof, a written account specifying
each criminal action in which he claims such
fee, certified by such Judge or Justice to be
correct, and filed with the County Clerk.
The Commissioners' Court shall approve such
account for such amount as they find to be
correct, and order a draft to be issued upon
the County Treasurer in favor of such Judge
or Justice for the amount so approved. Pro-
vided the Commissioners' Court shall not pay
any account or trial fees in any case tried
and in which an acquittal is had unless the
State of Texas was represented in the trial
of said cause by the County Attorney, or his
assistant, Criminal District Attorney or his
assistant, and the certificate of said Attor-
ney is attached to said account certifying
to the fact that said cause was tried, and
the State of Texas was represented, and that
in his judgment there was sufficient evidence
in said cause to demand a trial of same."

Articles 950 and 951 of the Code of Criminal
Procedure read as follows:

"Art. 950. The district or county attor-
ney shall be entitled to ten per cent of all
fines, forfeitures of moneys collected for
the State or county, upon judgments recovered
by him; and the clerk of the court in which
said judgments are rendered shall be entitled
to five per cent of the amount of said judg-
ments, to be paid out of the amount when col-
lected.

"Art. 951. The sheriff or other officer,

> except a justice of the peace or his clerk,
> who collects money for the State or county,
> except jury fees, under any provision of
> this Code, shall be entitled to retain five
> per cent thereof when collected."

Article 1052, supra, specifically provides that the county judge, or judge of the court at law, shall be paid $3.00 by the county, for each criminal action tried and finally disposed of before him, such statute further provides that the justice of the peace shall receive $2.50 in all counties having a population in excess of 20,000 and $3.00 in all counties having a population of 20,000 or less for each criminal action tried and finally disposed of before him, such fees to be paid by the county when such claims are filed in compliance with Article 1052, C. C. P. It is immaterial whether the defendant who is convicted in such criminal action pays his fine and costs or works his fine and costs out on the countyfarm, public roads or other public works of the county, or satisfies such fine and costs by staying in jail a sufficient length of time to discharge his fine and costs. The judge or justice is entitled to the full fee as provided by Article 1052, supra, for each criminal action tried and finally disposed of before him.

In view of the foregoing statutes, you are respectfully advised that it is the opinion of this Department that the manner in whibh a judgment in a misdemeanor case is satisfied is immaterial and that the judge or justice is entitled to receive and be paid by the county the full fee as provided by Article 1052, C. C. P. for each criminal action tried and finally disposed of before him.

You are further advised that the district or county attorney shall be entitled to ten per cent of all fines, forfeitures or money collected for the state or county upon judgments recovered by him and the clerk of the court in whibh such judgments are rendered shall be entitled to five per cent of the amount of such judgment

and that the sheriff or other officer except the justice of the peace or his clerk who collects money for the state or county, except jury fees, under any provision of this code, shall be entitled to retain five per cent thereof. All of these commissions are to be paid out of the amount, when collected.

Trusting that the foregoing answers your inquiry, we remain

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Ardell Williams*

Ardell Williams
Assistant

AW:AW

APPROVED:

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS